IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STICKNEY,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA GRAND CASINO, INC., LAMAR V. "WILL" WILKINSON, and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____/ | No. C-04-3552 CW (MEJ)<br><br>**ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S PROPOSAL NO LATER THAN SEPTEMBER 1, 2005;**<br><br>**ORDER OF FURTHER SETTLEMENT CONFERENCE ON SEPTEMBER 7, 2005 AT 10:00 A.M.** |

On August 5, 2005, the Court conducted a settlement conference. Pursuant to discussions made at the conference, defendants shall respond to plaintiff's proposal regarding the following issues:

1) Chair lift;
2) Unisex bathroom;
3) Front entrance; and
4) Seating at the bar.

No later than **September 1, 2005**, defendants shall notify plaintiff and fax to the Court at (415) 522-4711, regarding the above-named issues.

A further settlement conference is scheduled for **September 7, 2005** at **10:00 A.M.** in **Judge James' chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.** On the date of the settlement conference, counsel and parties shall use the

court telephone next to the door to notify the Court of their arrival. Each party must attend the conference having full authority to negotiate and settle the case. Parties shall contact Brenda Tolbert, Deputy Courtroom Clerk, at (415) 522-4708, if they have any questions or problems regarding the settlement conference.

**IT IS SO ORDERED**.

Dated: August 5, 2005

MARIA-ELENA JAMES
United States Magistrate Judge

2