```
PAUL L. REIN, Esq. (SBN 43053)
PATRICIA BARBOSA, Esq. (SBN 125865)
JULIE A. MCLEAN, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorneys for:
Plaintiff RICHARD STICKNEY


KENNETH D. SIMONCINI, P.C. (SBN 145586)
KERRI A. JOHNSON, ESQ. (SBN 138344)
LESLIE WAGLEY, ESQ. (SBN 215281)
SIMONCINI & ASSOCIATES
Attorneys at Law
1694 The Alameda
San Jose, CA 95126-2219
(408) 280-7711

Attorney for Defendants
CALIFORNIA GRAND CASINO, INC. and
LAMAR V. WILKINSON
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STICKNEY,<br><br>          Plaintiff,<br><br>v.<br><br>CALIFORNIA GRAND CASINO, INC.; LAMAR V. "WILL" WILKINSON; and DOES 1-25, Inclusive,<br><br>          Defendants.<br>_____/ | CASE NO. C04-3552 CW<br><u>Civil Rights</u><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR FILING MOTION FOR ATTORNEY FEES, EXPENSES, AND COSTS** |

### STIPULATION

Plaintiff RICHARD STICKNEY and defendants CALIFORNIA GRAND CASINO, INC. and LAMAR V. WILKINSON, hereby jointly stipulate and request that the Court extend plaintiff's

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and Order Extending Time to File
Attorney Fee Motion: Case No. C04-3552 CW**

— 1 —

s:\jm\cases\g\grand casino\pleadings\stip to extend time for attorney fee motion.doc

1. deadline for filing a motion for attorney's fees, litigation expenses, and costs from September 27, 2005 to November 28, 2006.

Good cause exists for continuing the motion deadline:

1. On September 7, 2005, the parties held a further settlement conference in front of Magistrate Judge Maria-Elena James.  With the assistance of Judge James, the parties settled the injunctive relief and damages aspects of this litigation.

2. Due to the time running out for the September 7 settlement conference, however, the parties were not able to even begin discussion of the issue of plaintiff's statutory attorney fees, litigation expenses, and costs.  Judge James offered the parties a further settlement conference on this issue in the event that the parties were unable to settle the issue directly between themselves.

3. The parties will attempt in good faith to negotiate a settlement of the attorney fees issue, first directly, and, if necessary, with the assistance of Magistrate Judge James.  However, this process may take one to two months, especially due to the calendar of Judge James and the ability to schedule a settlement conference on her crowded calendar.  The parties believe that negotiation of the attorney fee issue, rather than contested motion, would be a better use of the parties' and, especially, of the court's resources.

4. No party has requested a continuance in this case prior to this request, and no party will be prejudiced by the continuance.  There are no trial dates set or necessary in this case, since the attorney fee issue is the only outstanding

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and Order Extending Time to File Attorney Fee Motion: Case No. C04-3552 CW**

— 2 —

s:\jm\cases\g\grand casino\pleadings\stip to extend time for attorney fee motion.doc

issue.

Therefore, the parties now hereby request that plaintiff's deadline for filing a motion for attorney's fees, litigation expenses and costs be extended to and through November 28, 2006.

Dated: September 16, 2005    PAUL L. REIN
                             PATRICIA BARBOSA
                             JULIE A. MCLEAN
                             LAW OFFICES OF PAUL L. REIN

                             /s/ Julie McLean
                             Attorneys for Plaintiff
                             RICHARD STICKNEY


Dated: September 16, 2005    KENNETH D. SIMONCINI
                             KERRI A. JOHNSON
                             LESLIE WAGLEY
                             SIMONCINI & ASSOCIATES

                             /s/ Kerri Johnson
                             Attorney for Defendants
                             CALIFORNIA GRAND CASINO, INC.;
                             LAMAR V. WILKINSON


**ORDER**

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED.** Plaintiff shall file a motion for attorney's fees, litigation expenses and costs no later than November 28, 2006.

Dated: ___9/20___, 2005      /s/ CLAUDIA WILKEN
                             Honorable Claudia Wilken
                             United States District Judge

---

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and Order Extending Time to File Attorney Fee Motion: Case No. C04-3552 CW**

— 3 —

s:\jm\cases\g\grand casino\pleadings\stip to extend time for attorney fee motion.doc