PAUL L. REIN, Esq. (SBN 43053)
PATRICIA BARBOSA, Esq. (SBN 125865)
JULIE A. MCLEAN, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorneys for:
Plaintiff RICHARD STICKNEY

KENNETH D. SIMONCINI, P.C. (SBN 145586)
KERRI A. JOHNSON, ESQ. (SBN 138344)
LESLIE WAGLEY, ESQ. (SBN 215281)
SIMONCINI & ASSOCIATES
Attorneys at Law
1694 The Alameda
San Jose, CA 95126-2219
(408) 280-7711

Attorney for Defendants
CALIFORNIA GRAND CASINO, INC. and
LAMAR V. WILKINSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STICKNEY, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA GRAND CASINO, INC.; LAMAR V. "WILL" WILKINSON; and DOES 1-25, Inclusive, <br><br> Defendants. <br> _____/ | CASE NO. C04-3552 CW <br> <u>Civil Rights</u> <br><br> **SECOND STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING MOTION FOR ATTORNEY FEES, EXPENSES, AND COSTS** |

**<u>STIPULATION</u>**

Plaintiff RICHARD STICKNEY and defendants CALIFORNIA GRAND CASINO, INC. and LAMAR V. WILKINSON, hereby jointly stipulate and request that the Court extend plaintiff's

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Second Stipulation and Order Extending Time to File Attorney Fee Motion: Case No. C04-3552 CW**

— 1 —

s:\jm\cases\g\grand casino\pleadings\2nd stip to extend time for attorney fee motion.doc

1  deadline for filing a motion for attorney's fees, litigation
2  expenses, and costs to January 27, 2006.
3       Good cause exists for continuing the motion deadline:
4       1.   On September 7, 2005, the parties held a further
5  settlement conference in front of Magistrate Judge Maria-Elena
6  James.  With the assistance of Judge James, the parties settled
7  the injunctive relief and damages aspects of this litigation.
8       2.   Due to the time running out for the September 7
9  settlement conference, however, the parties were not able to
10 even begin discussion of the issue of plaintiff's statutory
11 attorney fees, litigation expenses, and costs.  Judge James
12 offered the parties a further settlement conference on this
13 issue in the event that the parties were unable to settle the
14 issue directly between themselves.
15      3.   Since that time, the parties have been
16 negotiating in good faith toward a settlement of the attorney
17 fees issue.  Plaintiff has provided to defendants a demand on
18 attorney fees with supporting documentation.  Defendants have
19 been unable to respond to plaintiff's attorney fee demand as
20 quickly as they had hoped, due to an insurance coverage issue
21 that has arisen.
22      4.   The parties still anticipate that they may
23 require the assistance of Magistrate Judge James on this issue.
24 However, this process may take one to two months more,
25 especially due to the calendar of Judge James and the ability
26 to schedule a settlement conference on her crowded calendar.
27 The parties believe that negotiation of the attorney fee issue,
28 rather than contested motion, would be a better use of the

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Second Stipulation and Order Extending Time to
File Attorney Fee Motion: Case No. C04-3552 CW**

— 2 —

s:\jm\cases\g\grand casino\pleadings\2nd stip to extend time for attorney fee motion.doc

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

1  parties' and, especially, of the court's resources.

2       5.  The parties previously requested one extension
3  of the deadline for plaintiff to file an attorney fee motion.
4  (Although the parties intended to ask for a short two-month
5  extension to November 28, 2005, there was a typographical error
6  in the submitted stipulation and order which gave the parties
7  until November 28, 200<u>6</u>.  However, the parties do not wish to
8  rely on this "typo" and so are requesting this extension to
9  January 27, 2006.)  Other than that continuance, no party has
10 requested a continuance in this case, and no party will be
11 prejudiced by the continuance.  There are no trial dates set or
12 necessary in this case, since the attorney fee issue is the
13 only outstanding issue.

14      Therefore, the parties now hereby request that
15 plaintiff's deadline for filing a motion for attorney's fees,
16 litigation expenses and costs be extended to and through
17 January 27, 2006.

18
19
20 Dated: November 17, 2005   PAUL L. REIN
                                  PATRICIA BARBOSA
21                                   JULIE A. MCLEAN
                                  LAW OFFICES OF PAUL L. REIN
22
23                                   /s/ Julie McLean
                                  Attorneys for Plaintiff
24                                   RICHARD STICKNEY

25
26 ///
27 ///
28 ///

**Second Stipulation and Order Extending Time to
File Attorney Fee Motion: Case No. C04-3552 CW**  — 3 —

| | | |
|---|---|---|
| 1 | Dated: November 17, 2005 | KENNETH D. SIMONCINI |
| 2 | | KERRI A. JOHNSON |
| | | LESLIE WAGLEY |
| 3 | | SIMONCINI & ASSOCIATES |
| 4 | | /s/ Kerri Johnson_____ |
| | | Attorney for Defendants |
| 5 | | CALIFORNIA GRAND CASINO, INC.; |
| | | LAMAR V. WILKINSON |

**ORDER**

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED.** Plaintiff shall file a motion for attorney's fees, litigation expenses and costs no later than January 27, 2006.

Dated:  __11/22____, 2005    _____
                              Honorable Claudia Wilken
                              United States District Judge

*IT IS SO ORDERED*
*Judge Claudia Wilken*
(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Second Stipulation and Order Extending Time to
File Attorney Fee Motion: Case No. C04-3552 CW                — 4 —

s:\jm\cases\g\grand casino\pleadings\2nd stip to extend time for attorney fee motion.doc